Catherine Stukel, defendant in error, v. Le Roy Kloeckner, plaintiff in error. Gen. No. 33,534.

Opinion filed October 14, 1929.

Miller, Gorham & Wales, for plaintiff in error; Edward R. Adams, of counsel. James C. O'Brien, for defendant in error.

Mr. Presiding Justice McSurely delivered the opinion of the court.

Carl D. Kinsey, appellant, v. W. C. Zimmerman et al., appellees. Gen. No. 30,415.

Opinion filed October 14, 1929.

Schein & Beckwith, for appellant; John W. Beckwith, of counsel. West & Eckhart, for appellees.

Mr. Justice Matchett delivered the opinion of the court.

Alexander Weiss et al., appellees, v. Harry M. Englestein et al., appellants. Gen. No. 33,327.

Opinion filed October 14, 1929.

Samuels, Lawton & Wittelle, for appellants; Samuel T. Lawton, of counsel. John A. Bloomingston, for appellees.

Mr. Justice Matchett delivered the opinion of the court.

Chicago Musical Instrument Company, appellant, v. Iva Cragun, appellee. Gen. No. 33,367.

Opinion filed October 14, 1929.

Sonnenschein, Berkson, Lautmann & Levinson, for appellant; Henry L. Kohn, of counsel. Tourje, Waugh & McClellan, for appellee; J. J. Goshkin, of counsel.

Mr. Justice Matchett delivered the opinion of the court.